UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-25365-CIV-ALTONAGA/O'SULLIVAN

CATALYST PHARMACEUTICALS, INC.,

    Plaintiff,

vs.

JAMES FULLERTON,

    Defendant.
_____/

## AMENDED COMPLAINT

Plaintiff, Catalyst Pharmaceuticals, Inc. ("Catalyst") for its Amended Complaint alleges as follows:

### PARTIES, JURISDICTION AND VENUE

1. This is an action for damages in excess of $15,000, exclusive of interest and costs, based on the intentional publication of false statements in Florida about Catalyst and its executives via the Internet.

2. Plaintiff Catalyst is a publicly traded biopharmaceutical company (stock symbol "CPRX"), incorporated in Delaware, with its principal place of business in Coral Gables, Florida. Catalyst is focused on developing and commercializing innovative therapies for people with rare debilitating diseases.

3. Defendant James Fullerton ("Fullerton") is an individual residing in Houston, Texas. Fullerton is subject to the jurisdiction of this Court pursuant to Florida's Long Arm Statute, Fla. Stat. § 48.193(1)(a)2., as a result of Fullerton's knowing and purposeful commission of tortious acts within Florida, directed towards Catalyst in Florida, and causing damage within

Florida, to wit: intentionally publishing defamatory statements in Florida regarding Catalyst and its executives.  Among other reasons, upon information and belief, Fullerton published such statements in Florida: (a) to defame, mock, embarrass, harm and interfere with Catalyst, Catalyst's executives, Catalyst's business and Catalyst's business relationships in Florida; (b) in an ill-conceived and improper attempt to encourage Catalyst's management team in Coral Gables, Florida to take certain actions in Coral Gables, Florida; and/or (c) to manipulate Catalyst's stock price and trading volume.

4. Venue is proper in this Court because the cause of action alleged herein accrued in Miami-Dade County, Florida.  The acts and conduct that form the basis for the claim herein were intentionally directed to, occurred within, impacted and resulted in damages to Catalyst in Miami-Dade County, Florida.

**GENERAL ALLEGATIONS**

5. Non-Party Yahoo! Inc. ("Yahoo") owns and operates the Yahoo Finance Message Boards where individuals can post messages and have discussions about publicly traded companies over the Internet after registering with Yahoo.

6. One such Yahoo Finance Message Board is dedicated exclusively to Catalyst and is located at: https://finance.yahoo.com/mb/CPRX/ (the "Yahoo Finance Catalyst Message Board").

7. From at least since July 2014 and continuing through at least April 2016, Fullerton, while disguising his true identity by using the Yahoo username "bigredwf," posted to the Yahoo Finance Catalyst Message Board <u>hundreds</u> of false and defamatory statements regarding Catalyst and its executives (hereinafter the "Statements").

8. Numerous false and defamatory Statements purported to describe events and/or conduct by Catalyst's executives that allegedly occurred at or around Catalyst's office in Coral Gables, Florida. Such Statements purported to have been authored by a person physically present in or around Catalyst's office in Coral Gables, Florida able to observe such events and/or conduct in part due to their detailed nature.

9. In January 2016, Catalyst commenced an action in Miami-Dade County Circuit Court, Case Number 2016-000204-CA-01, seeking to obtain a pure bill of discovery identifying the individual(s) associated with the "bigredwf" username on Yahoo.

10. On or about September 8, 2016, the Honorable Judge Migna Sanchez-Llorens ordered that the name and address of the individual associated with the "bigredwf" username be disclosed to Catalyst. Records obtained pursuant to the court-authorized subpoena identified said individual as Defendant Fullerton, along with an address located in Houston, Texas.

11. Fullerton utilized the "bigredwf" username on Yahoo to post hundreds of disparaging and defamatory Statements about Catalyst and its executives in Florida, including but not limited to the following:

(a) Dummies……told you this company was a total scam…..have you lost enough money yet or will you wait until Jacobus files their NDA before these used car salesmen? Feel the pain!!!!

(b) Seriously…..this company is a total scam…..I'm just waiting for Catalyst to announce a delay in firdapse results at the 11th hour.

(c) Looks like the market has seen through the smokescreen. Explain again how a company state just 3 months ago that they will release clinical results shortly, yet 3 months later they push the trial with an entirely new protocol introduced……oh

yeah, the company is a fundraising fraud.  Down 40+ percent in 2 weeks…..more to come as this fraud unravels.

(d)     Yep, that's the ticket! Errrr ..... is now the time to mention Richard Silverman and Lyrica? Newbie investors are definitely going to get taken by these South Florida con men.

(e)     Lets drive it under $3/share tomorrow guys! Easy pickings! Just look at the resumes of the management and the crony directors. Does Pat even go to the bathroom without Philip Coelho? Those 2 have certainly made the rounds in South Florida with every sketchy company on the block…….tons of lawsuits takeunders and SEC involvement……a good sign for this bubble company and it's (sic) shareholders!

(f)     Hey…..this stock is heading back down on well over 1 million shares traded…..think I'm the only one who doesn't believe the hype on this dog?  Lets break $3/share this week!

(g)     Ah…..proven facts….lets go thru some "proven facts." Catalyst's CEO has been successfully sued multiple times by investors for making misleading statements….this includes settling a multimillion dollar lawsuit just recently. FACT. Catalyst hasn't been able to take a product to market for more than a decade due to multiple failed trials and poor clinical trial design.  FACT. Catalyst has repeatedly diluted shareholders by issuing shares despite stating that additional funds were not required.  FACT. Catalyst has not been able to line up ANY partnership for CPP115 for YEARS.  FACT.

(h) Pat still hitting the South Florida socialite party circuit; Again, heads Pat wins, tails investors lose…..this guy spends more time partying in south Florida botox land than he ever does in the office or lab.  The south Florida biotech hustle continues!

(i) You will see pigs fly before you see CPRX management held to account. I expect Pat and his goons to go underground for another 2 months with total radio silence..at best they will pop up to give some fluff PR about an investor or rare disease conference. February is ending…not a peep about those early 2016 CPP115 safety results…wanna guess why? As I've said for YEARS….this company is run by perpetual South Florida fundraisers…the CEO doesn't even have a college degree for crying out loud!

(j) Get your "I really meant to say that I sold at the top" messages ready ..... can wait to see the bloodbath on Tuesday/Wednesday when the Florida senior citizens of biotech pull the rug out from their idiot investors once again.

(k) Have you not seen's (sic) Pat's history of exaggerations for which he has been sued? A tiger doesn't change his stripes…Firdapse is just more of the same. Have pumpers finally figured out that they've been taken by a con man?

(l) Great job Pat! So strange that you aren't buying stock given those minor issues facing Firdapse in the RTF letter. I would not doubt that some series financial malfeasance is going on behind the scenes…the CFO seems like an easily controlled rookie if ever there was one.

(m) This guy has zero clue how to run a pharma company….even if you are the most delusional long, ask yourself honestly how has Patmade (sic) a positive impact on

this firm given the constant clinical failures, regulatory missteps, shareholder lawsuits, etc. Is this 70 year old self enriching senior citizen really the guy you want overseeing your investment dollars? Hardly.

(n) *Time for some new leadership…….retire already Pat.*

Zero tangible results…….CPRX's ultra rare/high price model is getting blown to smithereens and these clowns cant (sic) advance a single derivative compound through Phase 1 and/or pick an indication. Want to know why this stock is continually stuck in the mud? Look no further than the used car salesmen in the C suite.

12. On certain occasions, other Yahoo Finance Message Board users responded to the defamatory Statements published by Fullerton and then Fullerton publically interacted with these users by publishing additional defamatory Statements in Florida, including but not limited to the following:

(a) *Reply to hey bigredtard .. any update on your pathetic bashing?*

Nope, still bashing away on this easy target.. .. when do you think these senior citizens will raise money thru dilutive share issuance? Tick tock, tick tock ..... you know its coming. Get your rationalizations ready for the inevitable sucker. Since your (sic) so gullible, perhaps I can sell you some Florida swampland .... much like Catalyst, its the next big thing ..... get in now fool!

(b) *Reply to Down tomorrow by today's entire gain.*

Ahhhh .... the old don't pay attention to the PPS for the greater glory is just around the corner argument. Without people like you, Pat wouldn't be sitting poolside in South Florida sipping a Pina Colada.

(c) *Reply to The smell of excrement from the resident troll.*

Are you referring to Catalyst's stock? I've been saying the shares are worth diarrhea for years ..... it looks like the market agrees. Bye bye stupid biotech hot money ..... Pat is screwed because the "tell me" days are over .... now he actually has to show tangible results. Then again, what does he care ..... he's rich, happy and living in Florida thanks to all the gullible milk cows!

(d) *Reply to Since you brought it up.*

6 fund raisers in a Florida office building. Oh don't forget about CPP115, the greatest compound to never get a 1) a major pharma partnership 2) a single disease indication or 3) a Phase 1 b trial launch. With the best case scenario on the patent clock, CPP115 has 3-4 years of max exclusivity at this point given the rosiest of clinical trial timelines. So again, what is CPRX without DAP? Nothing.

13. In none of the Statements does Fullerton disclose whether he owns a significant number of shares of Catalyst's stock.

14. Upon information and belief, Fullerton may have conspired with unknown others in posting the Statements.

15. Upon information and belief, among other things, one of Fullerton's purposes in publishing the Statements was to defame, mock, embarrass, harm and interfere with Catalyst, Catalyst's executives, Catalyst's business and Catalyst's business relationships in Florida.

16. Upon information and belief, among other things, one of Fullerton's purposes in publishing the Statements was to manipulate Catalyst's stock price and trading volume.

17. Upon information and belief, among other reasons, Fullerton published the Statements in an ill-conceived and improper attempt to encourage Catalyst's management team in Coral Gables, Florida to take certain actions in Coral Gables, Florida.

18. Catalyst has retained the undersigned law firm and agreed to pay a reasonable fee for its services.

19. All conditions precedent to bringing this action have been waived, fulfilled, and/or excused.

## COUNT I
### Defamation Per Se

20. Catalyst re-alleges and incorporates by reference the allegations contained in paragraphs 1 to 19 above as if fully set forth herein.

21. Fullerton knowingly and intentionally published the Statements in Florida using the Internet.

22. The Statements were defamatory *per se* and intentionally imputed conduct, characteristics and conditions incompatible with the proper exercise of a lawful and professional business.

23. The Statements are false.

24. Fullerton published such false and defamatory Statements in Florida to Catalyst and to third parties in Florida via the Yahoo Finance Message Board dedicated to discussions regarding Catalyst.

25. The Statements were accessed by Catalyst and others in Florida.

26. The Statements subjected Catalyst to hatred, distrust, ridicule, contempt, and disgrace in its community (in South Florida), its business, its investors and among its peers and competitors in South Florida and in the biotechnology field.

27. The Statements were intended to and did convey the false impression in South Florida that Catalyst was a company with whom commercial relations and investments were undesirable.

28. The Statements were intended to and did injure Catalyst and its executives' business reputations in South Florida and elsewhere.

29. The Statements required Catalyst and executives in Coral Gables, Florida to redirect their attention and resources away from their lawful business in order to address and respond to the Statements.

30. The Statements were libelous and defamatory *per se*.

31. Fullerton either knew or recklessly disregarded the falsity of the facts asserted or implied in the Statements.

32. As a result of Fullerton's actions, Catalyst suffered damages in Florida in an amount to be determined at trial.

**WHEREFORE**, Plaintiff Catalyst Pharmaceuticals, Inc. respectfully requests entry of judgment against Defendant James Fullerton for damages in an amount to be determined at trial, as well as costs and attorney's fees, costs and all other such relief deemed just and appropriate under the circumstances.

## DEMAND FOR JURY TRIAL

33. Catalyst demands trial by jury of all issues so triable.

Dated: May 24, 2017	Respectfully submitted,

**AKERMAN LLP**

Three Brickell City Centre
98 Southeast 7th Street, Suite 1100
Miami, FL  33131
Phone:  (305) 374-5600
Fax:  (305) 349-4656

/s/ Ari H. Gerstin
Ari H. Gerstin, Esq.
Florida Bar Number:  0839671
Email:  ari.gerstin@akerman.com
Secondary Email: marylin.herrera@akerman.com
Christine L. Welstead, Esq.
Florida Bar Number:  970956
Email:  christine.welstead@akerman.com
Secondary Email: merari.motola@akerman.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May, 2017, a true and correct copy of the foregoing was served on all counsel listed on the Service List below via the method of service indicated.

/s/ Ari H. Gerstin

## SERVICE LIST

*Catalyst Pharmaceuticals, Inc. v. James Fullerton*
Case No. 16-25365-CIV-ALTONAGA/O'SULLIVAN
United States District Court, Southern District of Florida

James J. McNally
Alexandra Castro
Quintairos, Prieto, Wood & Boyer, P.A.
9300 S. Dadeland Boulevard, 4th Floor
Miami, Florida 33156
jmcnally@qpwblaw.com
acastro@qpwblaw.com
aruiz@qpwblaw.com
(via CM/ECF)